UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSE VALLEJO AND PATRICIA VALLEJO, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO.: 3:16-cv-02583-K |
| STATE FARM LLOYDS AND TERESA WILLIAMS, | § § § § | |
| Defendants. | § § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiffs Jose Vallejo and Patricia Vallejo ("Plaintiffs") and Defendants State Farm Lloyds and Teresa Williams ("Defendants") announce to the Court that the parties have resolved all claims between and among them in this matter. Therefore, Plaintiffs and Defendants hereby move that this matter be dismissed, with prejudice, as to any and all claims which Plaintiffs brought, or could have brought, in this case against Defendants.

For the reasons stated, the parties respectfully request that the Court grant this Joint Stipulation of Dismissal with Prejudice and enter an Order of Dismissal with Prejudice. The parties request all such other and further relief to which they may be justly entitled.

Respectfully Submitted,

GREGORY F. COX
State Bar No. 00793561
GFCdocketefile@mostynlaw.com
**MOSTYN LAW FIRM**
6280 Delaware Street
Beaumont, TX 77706
(409) 832-2777 (Telephone)
(409) 832-2703 (Facsimile)

**ATTORNEYS FOR PLAINTIFFS**

/s/ W. Neil Rambin

W. NEIL RAMBIN
State Bar No. 16492800
RambinDocket@dbr.com
D. ALEXANDER HARRELL
State Bar No. 24055624
alex.harrell@dbr.com
**DRINKER BIDDLE & REATH, LLP**
1717 Main Street, Suite 5400
Dallas, Texas 75201
(469) 357-2500 (Telephone)
(469) 327-0860 (Fax)
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served on all counsel of record in accordance with the Federal Rules of Civil Procedure on the 14th day of December, 2017.

                                          */s/ W. Neil Rambin*
                                        W. NEIL RAMBIN